UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| versus | : | CRIMINAL NO. 08-109-JVP-CAN |
| WARRIE ROWLEY II | : | |

### ORDER

Considering the United States' Dismissal, leave of Court is granted for the filing of the dismissal of the Indictment in Criminal No. 08-109-JVP-CAN

DONE AND SIGNED at Baton Rouge, Louisiana, this 17th day of November, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE